IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER, | ) ) ) | No. 2:20-cv-31-BU-BMM-JTJ |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR** |
| LEANNE MARTEN, *et al.*, | ) ) ) | **LEAVE TO APPEAR BY VIDEO AT NOVEMBER 30, 2020** |
| Defendants. | ) ) | **HEARING** |

Upon consideration of Defendants' Unopposed Motion for Leave to Appear by Video at November 30, 2020 Hearing, it is hereby **ORDERED** that

Defendants' Motion is **GRANTED**. Defendants may appear and present their arguments by ZOOM. The Defendants will contact the Clerk of Court for the Zoom instructions.

Dated this 16thday of November 2020.

_____
Brian Morris, Chief District Judge
United States District Court