UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>LEANNE MARTEN, ET AL. ,<br><br>Defendant. | Case No. CV-20-31-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order is DENIED; and, Defendants' Motion to Dismiss is GRANTED.

      Dated this 17th day of December, 2020.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ S. Redding
                                  S. Redding, Deputy Clerk